Porto Rican American Tobacco Company, Appellant, *v.* Registrar of Caguas, Respondent.

Appeal from a Decision of the Registrar of Property Refusing to Record a Deed of Lease.

No. 427.—Decided December 23, 1919.

Record of Title — Corporation — Certificate of Resolution — Public Document. — The certificate of the secretary of a corporation to a resolution adopted by it and omitted in an original deed may be legalized before a different notary from the one who attested the original deed, in accordance with the doctrine established by this court in *La Plata Tobacco Company* v. *Registrar of Caguas, ante,* p. 874.

The facts are stated in the opinion.
*Mr. Luis Muñoz Morales* for the appellant.
The respondent did not appear.

Mr. Justice Wolf delivered the opinion of the court.

The only difference between this case and that of *La Plata Tobacco Company* v. *Registrar of Caguas, ante,* p. 874, decided to-day, is that the secretary of the corporation appeared before a different notary from the one who attested the main deed, but such a certificate executed before any notary and identified by such notary is sufficiently a

public document to cure the defect pointed out by the registrar.

The note of the registrar must be

*Reversed.*

Chief Justice Hernández and Justices del Toro, Aldrey and Hutchison concurred.